UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Aqua Immersion, LLC,

        Plaintiff,                              Civil Action 2:11-cv-0369

VS

                                               Magistrate Judge Abel

Columbus Scuba, Inc., et al.,

        Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Aqua Immersion, LLC and Defendants Columbus Scuba, Inc., and Melissa Berry (collectively, the "Parties) hereby stipulate to the voluntary dismissal of the above-captioned matter and all claims therein with prejudice.  Each of the Parties shall bear its own attorneys' fees and costs.

For Defendants:

By: /s/ *Andrew Silverman* [per attached]
     Authorized Representative
     Columbus Scuba, Inc.

By: /s/ *Melissa Berry* [per attached]
     Melissa Berry, Pro Se

For Plaintiff:

TAFT STETTINIUS & HOLLISTER LLP

By: _____
     Leon Bass (Ohio Bar 0069901)
     65 East State Street, Suite 1000
     Telephone:   (614) 431-2277
     Facsimile:    (614) 573-6617
     Email: lbass@taftlaw.com
     Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Aqua Immersion, LLC,

        Plaintiff,                Civil Action 2:11-cv-0369

VS

                                       Magistrate Judge Abel

Columbus Scuba, Inc., et al.,

        Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Aqua Immersion, LLC and Defendants Columbus Scuba, Inc., and Melissa Berry (collectively, the "Parties") hereby stipulate to the voluntary dismissal of the above-captioned matter and all claims therein with prejudice. Each of the Parties shall bear its own attorneys' fees and costs.

| | |
|---|---|
| For Defendants:<br><br>By:_____<br>Andrew Silverman<br>Authorized Representative<br>Columbus Scuba, Inc.<br><br><br>By:_____<br>Melissa Berry, Pro Se | For Plaintiff:<br><br>TAFT STETTINIUS & HOLLISTER, LLP<br><br>By:_____<br>Leon Bass (Ohio Bar# 69901)<br>65 E. State St. Ste 1000<br>Columbus, OH, 43215<br>Telephone: (614) 431-2277<br>Facsimile: (614) 573-6617<br>Email: lbass@taftlaw.com<br>Attorneys for Plaintiff |



Jerry Hall
Notary Public
State of Ohio
My Commission Expires 06-05-2013

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Aqua Immersion, LLC,

    Plaintiff,    Civil Action 2:11-cv-0369

VS

             Magistrate Judge Abel

Columbus Scuba, Inc., et al.,

    Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Aqua Immersion, LLC and Defendants Columbus Scuba, Inc., and Melissa Berry (collectively, the "Parties") hereby stipulate to the voluntary dismissal of the above-captioned matter and all claims therein with prejudice. Each of the Parties shall bear its own attorneys' fees and costs.

For Defendants:           For Plaintiff:

By:_____   TAFT STETTINIUS & HOLLISTER, LLP
 Andrew Silverman
 Authorized Representative
 Columbus Scuba, Inc.        By:_____
                  Leon Bass (Ohio Bar# 69901)
                  65 E. State St. Ste 1000
By: /s/ Melissa Berry         Columbus, OH, 43215
 Melissa Berry, Pro Se        Telephone: (614) 431-2277
                  Facsimile: (614) 573-6617
                  Email: lbass@taftlaw.com
                  Attorneys for Plaintiff

GEOFFREY ANDREWS
Notary Public, State of Ohio
My Commission Expires Jan. 28, 2013

2-28-12